1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  TROY URIE

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )
                                        )
10               Plaintiff,             )     Cr. No. S-03-534 FCD
                                        )
11                                      )     STIPULATION AND ORDER
             v.                         )     TO CONTINUE STATUS
12                                      )     CONFERENCE AND FINDING
                                        )     OF EXCLUDABLE TIME
13 TROY URIE,                           )
                                        )
14               Defendant.             )
   ─────────────────────────────────── )

15
        The United States of America, through Assistant U.S. Attorney Heiko Coppola, and
16
   defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:
17
        1.  The current status conference in this case is set for October 10, 2006 at 9:30 a.m.
18
        2.  At the July 17, 2006 status conference, time was excluded under the Speedy Trial Act
19
   through October 10, 2006 under 18 U.S.C. §3161(h)(1)(D), [Local Code C], case pending as to
20
   defendant Urie in another jurisdiction.  Specifically, defendant Urie is facing charges arising out of
21
   the Northern District of California and is currently being litigated.
22
        3.  The parties stipulate and agree that the Court should reiterate its previous finding that time
23
   should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code
24
   C], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.
25
        4.  Accordingly, it is hereby stipulated and the parties agree that the date for the status
26
   conference in this matter be continued to October 30, 2006 at 9:30 a.m., and that time be excluded
27
   under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is
28

                                       - 1 -

1    currently pending against defendant Urie in another jurisdiction, and that the ends of justice therefore

2    outweigh the best interest of the public in a speedy trial.

3         Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their

4    behalf.

5    **IT IS SO STIPULATED.**

6    DATED: October 5, 2006                    McGREGOR W. SCOTT
                                               United States Attorney
7
                                                /s/ Heiko Coppola
8                                              HEIKO COPPOLA
                                               Assistant U.S. Attorney
9
     DATED: October 5, 2006                    LAW OFFICE OF SCOTT L. TEDMON
10
                                                /s/ Scott L. Tedmon
11                                             SCOTT L. TEDMON
                                               Attorney for Troy Urie
12

13
                                   **ORDER**
14
          GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its
15
     previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C.
16
     §3161(h)(1)(D), [Local Code C], in that a case is pending against defendant Urie in another
17
     jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy
18
     trial.  Accordingly,
19
          IT IS ORDERED that this matter is continued to October 30, 2006, at 9:30 a.m., for further
20
     status conference.
21
          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C],
22
     the period from October 10, 2006, to and including October 30, 2006, is excluded from the time
23
     computations required by the Speedy Trial Act.
24
          **IT IS SO ORDERED.**
25
     DATED: October 6, 2006                    _____
26                                             /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL, JR.
27                                             United States District Judge

28