1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  TROY URIE

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            )
                                        )
10              Plaintiff,              )    Cr. No. S-03-534 FCD
                                        )
11                                      )    STIPULATION AND
           v.                           )    ORDER TO CONTINUE STATUS
12                                      )    CONFERENCE AND FINDING
                                        )    OF EXCLUDABLE TIME
13 TROY URIE,                           )
                                        )
14              Defendant.              )
   _____)
15

16     The United States of America, through Assistant U.S. Attorney Heiko Coppola, and

17 defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

18     1.  The current status conference in this case is set for October 30, 2006 at 9:30 a.m.

19     2.  In this case, the Court has been previously excluded time under the Speedy Trial Act

20 through October 30, 2006 under 18 U.S.C. §3161(h)(1)(D), [Local Code C], case pending as to

21 defendant Urie in another jurisdiction.  Specifically, defendant Urie is facing charges arising out of

22 the Northern District of California and is currently being litigated.

23     3. The parties stipulate and agree that the Court should reiterate its previous finding that time

24 should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code

25 C], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

26     4.  Accordingly, it is hereby stipulated and the parties agree that the date for the status

27 conference in this matter be continued to December 11, 2006 at 9:30 a.m., and that time be excluded

28 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is

                                        - 1 -

currently pending against defendant Urie in another jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.  Maureen Price has approved the requested court date.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: October 23, 2006                    McGREGOR W. SCOTT
                                           United States Attorney

                                            /s/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant United States Attorney

DATED: October 23, 2006                    LAW OFFICE OF SCOTT L. TEDMON

                                            /s/ Scott L. Tedmon
                                           SCOTT L. TEDMON
                                           Attorney for Defendant Troy Urie

### ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is pending against defendant Urie in another jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

IT IS ORDERED that this matter is continued to December 11, 2006, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], the period from October 30, 2006, to and including December 11, 2006, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: October 25, 2006                    /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL, JR.
                                           United States District Judge