LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>              Plaintiff,                         )<br>                                                              )<br>        v.                                                )<br>                                                              )<br>                                                              )<br>TROY URIE,                                        )<br>                                                              )<br>              Defendant.                       )<br>_____ ) | Cr. No. S-03-534 FCD<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for March 5, 2007 at 10:00 a.m.

2. In this case, the Court has been previously excluded time under the Speedy Trial Act through March 5, 2007 under 18 U.S.C. §3161(h)(1)(D), [Local Code C], case pending as to defendant Urie in another jurisdiction. Specifically, defendant Urie is facing charges arising out of the Northern District of California and is currently being litigated.

3. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

4. Accordingly, it is hereby stipulated and the parties agree that the date for the status conference in this matter be continued to June 4, 2007 at 10:00 a.m., and that time be excluded under

- 1 -

the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is currently pending against defendant Urie in another jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Maureen Price has approved the requested court date.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: February 27, 2007                    McGREGOR W. SCOTT
                                             United States Attorney

                                              /s/ Heiko Coppola
                                             HEIKO COPPOLA
                                             Assistant United States Attorney

DATED: February 27, 2007                    LAW OFFICE OF SCOTT L. TEDMON

                                              /s/ Scott L. Tedmon
                                             SCOTT L. TEDMON
                                             Attorney for Defendant Troy Urie


**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is pending against defendant Urie in another jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to June 4, 2007, at 10:00 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], the period from March 5, 2007, to and including June 4, 2007, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: February 27, 2007

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

- 2 -