LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>              Plaintiff,                          )<br>                                                          )<br>       v.                                                )<br>                                                          )<br>                                                          )<br>TROY URIE,                                       )<br>                                                          )<br>              Defendant.                       )<br>_____ ) | 2:03-cr-0534 FCD<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br> OF EXCLUDABLE TIME |

   The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

   1. The current status conference in this case is set for January 28, 2008 at 10:00 a.m.

   2. In this case, the Court has been previously excluded time under the Speedy Trial Act through January 28, 2008 under 18 U.S.C. §3161(h)(1)(D), [Local Code C], case pending as to defendant Urie in another jurisdiction. Specifically, defendant Urie is facing charges arising out of the Northern District of California and is currently being litigated. The trial date for defendant Urie in the Northern District is currently set for March 17, 2008. Additionally, defendant Urie has an interlocutory appeal currently pending in the Ninth Circuit.

   3. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], and that the ends of justice therefore outweigh the best interest of the public in a speedy

1 trial.

2     4.  Accordingly, it is hereby stipulated and the parties agree that the date for the status
3 conference in this matter be continued to April 28, 2008 at 10:00 a.m., and that time be excluded
4 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is
5 currently pending against defendant Urie in another jurisdiction, and that the ends of justice
6 therefore outweigh the best interest of the public in a speedy trial.  Maureen Price has approved the
7 requested court date.

8     Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
9 behalf.

10 **IT IS SO STIPULATED.**

11 DATED: January 23, 2008          McGREGOR W. SCOTT
                                         United States Attorney

13                                          /s/ Heiko Coppola
                                         HEIKO COPPOLA
                                         Assistant United States Attorney

14 DATED: January 23, 2008          LAW OFFICE OF SCOTT L. TEDMON

16                                          /s/ Scott L. Tedmon
                                         SCOTT L. TEDMON
                                         Attorney for Defendant Troy Urie

17 <center>**ORDER**</center>

18     IT IS ORDERED that this matter is continued to April 28, 2008, at 10:00 a.m., for further
19 status conference.

20     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C],
22 the period from January 28, 2008, to and including April 28, 2008, is excluded from the time
23 computations required by the Speedy Trial Act.

    **IT IS SO ORDERED.**

24 DATED: January 24, 2008

                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE