LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile: (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
TROY URIE,
Defendant.

2:03-cr-0534 FCD

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for April 28, 2008 at 10:00 a.m.

2. In this case, the Court has been previously excluded time under the Speedy Trial Act through April 28, 2008 under 18 U.S.C. §3161(h)(1)(D), [Local Code C], case pending as to defendant Urie in another jurisdiction. Specifically, defendant Urie is facing charges arising out of the Northern District of California and is currently being litigated. Defendant Urie was convicted at trial and is pending sentencing. Additionally, defendant Urie has an interlocutory appeal currently pending in the Ninth Circuit.

3. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], and that the ends of justice therefore outweigh the best interest of the public in a speedy

trial.

4. Accordingly, it is hereby stipulated and the parties agree that the date for the status conference in this matter be continued to July 14, 2008 at 10:00 a.m., and that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D), [Local Code C], in that a case is currently pending against defendant Urie in another jurisdiction, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Maureen Price has approved the requested court date.

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 22, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

DATED: April 22, 2008

LAW OFFICE OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Troy Urie

**IT IS SO ORDERED.**

DATED: April 22, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE