LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>                                 )<br>TROY URIE,                       )<br>                                 )<br>            Defendant.           )<br>_____) | Cr. No. S-03-534 FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for August 11, 2008 at 10:00 a.m.

2. In this case, the Court has previously excluded time under the Speedy Trial Act through August 11, 2008 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

3. Undersigned defense counsel for defendant Urie just received two boxes of files from Urie's trial counsel in the Northern District. In addition to discovery materials, there are several matters that defense counsel has to review, investigate and research in the preparation of defendant Urie's defense. At this point, it appears the case will proceed to trial and counsel for the government and defense need time to prepare. Based on these factors, the parties stipulate that the Court's finding of excludable time to give counsel time to prepare is appropriate under 18 U.S.C. §

1   3161(h)(8)(B)(iv).

2     4.  This case is complex in that the Indictment charges facts which involve multiple
3   jurisdictions, some located across the United States.  Additionally, there are legal issues involving
4   alleged conduct in other federal jurisdictions which need to be reviewed, researched and involve the
5   likelihood of litigation.  Based on these factors, the parties stipulate that the Court's finding of
6   complexity pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) is appropriate.

7     5.  The parties stipulate and agree that the Court should reiterate its previous finding that
8   time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and
9   (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the
10  public in a speedy trial.

11    6.  Accordingly, it is hereby stipulated and the parties agree that the date for the status
12  conference in this matter be continued to November 17, 2008 at 10:00 a.m., and that time be
13  excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code
14  T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that the
15  ends of justice outweigh the best interest of the public in a speedy trial.

16    7.  Judge Damrell's courtroom clerk, Michele Krueger, has approved the requested court
17  date.

18    8.  Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
19  on his behalf.

20  **IT IS SO STIPULATED.**

21  DATED: August 4, 2008    McGREGOR W. SCOTT
              United States Attorney
22
                /s/ Heiko Coppola
23                HEIKO COPPOLA
              Assistant United States Attorney
24
  DATED: August 4, 2008    LAW OFFICE OF SCOTT L. TEDMON
25
                /s/ Scott L. Tedmon
26                SCOTT L. TEDMON
              Attorney for Defendant Troy Urie
27

28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel need additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to November 17, 2008, at 10:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] that the period from August 11, 2008, to and including November 17, 2008, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: August 4, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE