LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. S-03-534 FCD |
| ) | |
| ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| ) | CONFERENCE AND FINDING |
| ) | OF EXCLUDABLE TIME |
| TROY URIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for November 17, 2008 at 10:00 a.m.

2. In this case, the Court has previously excluded time under the Speedy Trial Act through November 17, 2008 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

3. Within the past 30 days, counsel for defendant Urie received a large number of documents from his client relating to defendant Urie's cases in both the Eastern District and Northern District. In addition to reviewing these materials, there are several matters that defense counsel has to review, investigate and research in the preparation of defendant Urie's defense. At this point, it appears the case will proceed to trial and counsel for the government and defense need time to prepare. Based on these factors, the parties stipulate that the Court's finding of excludable time to give counsel time

- 1 -

1  to prepare is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv).

2      4.  This case is complex in that the Indictment charges facts which involve multiple
3  jurisdictions, some located across the United States.  Additionally, there are legal issues involving
4  alleged conduct in other federal jurisdictions which need to be reviewed, researched and involve the
5  likelihood of litigation.  Based on these factors, the parties stipulate that the Court's finding of
6  complexity pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) is appropriate.

7      5. The parties stipulate and agree that the Court should reiterate its previous finding that
8  time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and
9  (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the
10 public in a speedy trial.

11     6.  Accordingly, it is hereby stipulated and the parties agree that the date for the status
12 conference in this matter be continued to December 15, 2008 at 10:00 a.m., and that time be
13 excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code
14 T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that the
15 ends of justice outweigh the best interest of the public in a speedy trial.

16     7.  Judge Damrell's courtroom clerk,  Michele Krueger, has approved the requested court
17 date.

18     8.  Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
19 on his behalf.

20 **IT IS SO STIPULATED.**

21 DATED: November 12, 2008              McGREGOR W. SCOTT
                                        United States Attorney
22
                                        /s/ Heiko Coppola
23                                      HEIKO COPPOLA
                                        Assistant United States Attorney
24
   DATED: November 12, 2008              LAW OFFICE OF SCOTT L. TEDMON
25
                                        /s/ Scott L. Tedmon
26                                      SCOTT L. TEDMON
                                        Attorney for Defendant Troy Urie
27

28

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to December 15, 2008, at 10:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] that the period from November 17, 2008, to and including December 15, 2008, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: November 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE