LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TROY URIE, ) <br> ) <br> Defendant. ) <br> _____) | Cr. No. S-03-534 FCD <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS <br> CONFERENCE AND FINDING <br>  OF EXCLUDABLE TIME |

  The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

  1. The current status conference in this case is set for December 15, 2008 at 10:00 a.m.

  2. In this case, the Court has previously excluded time under the Speedy Trial Act through December 15, 2008 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

  3. Over the past 60 days, counsel for defendant Urie has received and reviewed a large number of documents from his client relating to defendant Urie's cases in both the Eastern District and Northern District.  After reviewing these materials and conferring with Mr. Urie, there are several matters that defense counsel has to review, investigate and research in the preparation of defendant Urie's defense.  Specifically, additional time needs to be spent researching possible pretrial motions as well as conducting further investigation.  At this point, it appears the case will

- 1 -

1 proceed to trial and counsel for the government and defense need time to prepare.  Based on these
2 factors, the parties stipulate that the Court's finding of excludable time to give counsel time to
3 prepare is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv).

4     4. This case is complex in that the Indictment charges facts which involve multiple
5 jurisdictions, some located across the United States.  Additionally, there are legal issues involving
6 alleged conduct in other federal jurisdictions which need to be reviewed, researched and involve the
7 likelihood of litigation.  Based on these factors, the parties stipulate that the Court's finding of
8 complexity pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) is appropriate.

9     5. The parties stipulate and agree that the Court should reiterate its previous finding that
10 time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and
11 (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the
12 public in a speedy trial.

13     6. Accordingly, it is hereby stipulated and the parties agree that the date for the status
14 conference in this matter be continued to February 2, 2009 at 10:00 a.m., and that time be excluded
15 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and
16 T4], in that this case is complex, counsel for the parties need time to prepare, and that the ends of
17 justice outweigh the best interest of the public in a speedy trial.

18     7. Michele Krueger has approved the requested court date.

19     8. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
20 on his behalf.

21 **IT IS SO STIPULATED.**

22 DATED: December 9, 2008          McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Heiko Coppola
24                                            HEIKO COPPOLA
                                           Assistant United States Attorney

25 DATED: December 9, 2008          LAW OFFICE OF SCOTT L. TEDMON

                                             /s/ Scott L. Tedmon
27                                            SCOTT L. TEDMON
                                           Attorney for Defendant Troy Urie

28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to February 2, 2009, at 10:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] that the period from December 15, 2008, to and including February 2, 2009, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: December 9, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE