LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                  Plaintiff,                        )<br>                                                              )<br>         v.                                               )<br>                                                              )<br>                                                              )<br>TROY URIE,                                       )<br>                                                              )<br>                  Defendant.                   )<br>_____) | No. CR. S-03-534 FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME |

   The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

   1. The current status conference in this case is set for February 2, 2009 at 10:00 a.m.

   2. In this case, the Court has previously excluded time under the Speedy Trial Act through February 2, 2009 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

   3. This case is complex in that the Indictment charges facts which involve multiple jurisdictions, some located across the United States. Additionally, there are legal issues involving alleged conduct in other federal jurisdictions which need to be reviewed, researched and involve the likelihood of litigation. Specifically, defendant Urie is currently represented by attorney John Balazs in his appeal to the Ninth Circuit from his conviction arising out of the Northern District of California. As defense counsel understands it, the facts presented by the government in the Northern

- 1 -

1 District conviction included conduct charged in this case.  In reviewing both the Northern District
2 and Eastern District cases with defendant Urie and attorney John Balazs, the issue of collateral
3 estoppel may need to be litigated in both the Ninth Circuit appeal and in the case at bar.  This is a
4 rather complex issue and counsel needs additional time to research the issue.

5 In addition to this legal issue, the defense is continuing to conduct their investigation and
6 factual review of the case.  Based on these factors, the parties stipulate that the Court's finding of
7 complexity and counsel's need for time to prepare pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv)
8 is appropriate.

9 4.  The parties stipulate and agree that the Court should reiterate its previous finding that
10 time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and
11 (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the
12 public in a speedy trial.

13 5.  Accordingly, it is hereby stipulated and the parties agree that the date for the status
14 conference in this matter be continued to March 30, 2009 at 10:00 a.m., and that time be excluded
15 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and
16 T4], in that this case is complex, counsel for the parties need time to prepare, and that the ends of
17 justice outweigh the best interest of the public in a speedy trial.

18 6.  Michele Krueger has approved the requested court date.

19 7.  Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
20 on his behalf.

21 **IT IS SO STIPULATED.**

22 DATED: January 27, 2009                         McGREGOR W. SCOTT
                                                 United States Attorney
23
                                                 /s/ Heiko Coppola
24                                               HEIKO COPPOLA
                                                 Assistant United States Attorney
25
   DATED: January 27, 2009                       LAW OFFICE OF SCOTT L. TEDMON
26
                                                 /s/ Scott L. Tedmon
27                                               SCOTT L. TEDMON
                                                 Attorney for Defendant Troy Urie
28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. Accordingly,

IT IS ORDERED that this matter is continued to March 30, 2009, at 10:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] that the period from February 2, 2009, to and including March 30, 2009, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE