1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Facsimile:  (916) 441-4760
   Email: tedmonlaw@comcast.net

   Attorney for Defendant
   TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR.S-03-534 FCD |
| | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: RETURN OF SPECIAL |
| | ) | ASSESSMENT PAYMENT TO |
| | ) | DEFENDANT TROY URIE |
| TROY URIE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The United States Court of Appeal for the Ninth Circuit overturned defendant Troy Urie's original conviction in this case.

2. Prior to defendant Urie's conviction being overturned, counsel for the government and counsel for defendant Urie understand that defendant Urie paid $546.13 as and for payment on the Court-ordered special assessment.

3. As a result of defendant Urie's conviction being overturned, defendant Urie is now entitled to a full return of the $546.13 defendant Urie paid on the Court-ordered special assessment.

4. The parties stipulate and agree the Court should issue an order directing a return of the $546.13 that defendant Urie paid on his special assessment.

1   5. The parties further stipulate and agree that payment should be sent directly to defendant
2  Urie addressed as follows:

>  Mr. Troy Urie
>  X-Ref # 4059082
>  Sacramento County Jail
>  651 I Street, 8W-132
>  Sacramento, CA 95814

6   6. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
7  on his behalf.

**IT IS SO STIPULATED.**

DATED: February 2, 2009                McGREGOR W. SCOTT
                                       United States Attorney

                                        /s/ Heiko Coppola
                                       HEIKO COPPOLA
                                       Assistant United States Attorney

DATED: February 2, 2009                LAW OFFICE OF SCOTT L. TEDMON

                                        /s/ Scott L. Tedmon
                                       SCOTT L. TEDMON
                                       Attorney for Defendant Troy Urie

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court orders that payment be made to defendant Troy Urie in the amount of $546.13 as and for the full return of money paid on defendant Urie's Court-ordered special assessment. It is further ordered that payment be sent directly to defendant Urie addressed as follows:

> Mr. Troy Urie
> X-Ref # 4059082
> Sacramento County Jail
> 651 I Street, 8W-132
> Sacramento, CA 95814

**IT IS SO ORDERED.**

DATED: February 3, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 3 -