LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile: (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TROY URIE,<br><br>            Defendant. | CR.S-03-534 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference in this case is set for April 27, 2009 at 10:00 a.m.

2. In this case, the Court has previously excluded time under the Speedy Trial Act through March 30, 2009 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

3. This case is complex in that the Indictment charges facts which involve multiple jurisdictions, some located across the United States. Additionally, there are legal issues involving alleged conduct in other federal jurisdictions which involve ongoing litigation. Specifically, defendant Urie is currently represented by attorney John Balazs in his appeal to the Ninth Circuit from his conviction arising out of the Northern District of California. The facts presented by the government in the Northern District conviction included conduct charged in this case. In reviewing

- 1 -

both the Northern District and Eastern District cases with defendant Urie and attorney John Balazs, the issue of collateral estoppel will need to be litigated in both the Ninth Circuit appeal and in the case at bar. As such, the setting of a briefing schedule on this issue is necessary. The parties have agreed on the following proposed briefing schedule:

    Defense motion due: June 29, 2009

    Government response due: July 20, 2009

    Defense reply due: August 3, 2009

    Non-evidentiary hearing on motion: August 17, 2009 at 10:00 a.m.

In addition to this legal issue, the defense continues to conduct their investigation and review of the case. Based on these factors, the parties stipulate that the Court's finding of complexity and counsel's need for time to prepare pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) is appropriate.

4. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

5. Accordingly, it is hereby stipulated and the parties agree that time be excluded from April 27, 2009 through August 17, 2009 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that the ends of justice outweigh the best interest of the public in a speedy trial.

6. Michele Krueger has approved the requested court date.

7. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: April 22, 2009                              LAWRENCE G. BROWN
                                                          Acting United States Attorney

                                                          /s/ Heiko Coppola
                                                         HEIKO COPPOLA

|   |   |   |
|---|---|---|
| 1 | | Assistant United States Attorney |
| 2 | DATED: April 22, 2009 | LAW OFFICES OF SCOTT L. TEDMON |
| 3 | | /s/ Scott L. Tedmon |
| | | SCOTT L. TEDMON |
| 4 | | Attorney for Defendant Troy Urie |

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the briefing schedule on the issue of collateral estoppel and IT IS ORDERED:

Defense motion due: June 29, 2009

Government response due: July 20, 2009

Defense reply due: August 3, 2009

Non-evidentiary hearing on motion: August 17, 2009 at 10:00 a.m.

The Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] the period from April 27, 2009, to and including August 17, 2009, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: April 23, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE