LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. S-03-0534 FCD |
| | ) | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE; FINDING OF EXCLUDABLE TIME |
| TROY URIE, | ) | |
| Defendant. | ) | |

The United States of America, through Assistant U.S. Attorney Heiko P. Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. In this case, the Court has previously excluded time under the Speedy Trial Act through September 21, 2009 under 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

2. This case is complex in that the Indictment charges facts which involve multiple jurisdictions, some located across the United States.  Additionally, there are legal issues involving alleged conduct in other federal jurisdictions which involve ongoing litigation.  The defendant is challenging his conviction from the Northern District of California in the Court of Appeals for the Ninth Circuit.  The facts presented by the government in the Northern District conviction included conduct charged in this case, raising the issue of collateral estoppel and the

need for this issue to be litigated in both this Court and the Ninth Circuit.  The defendant filed a motion with respect to the issue of collateral estoppel in this Court on August 10, 2009.  The government's response brief is currently due on August 31, 2009.  Given the complexity of the issues raised by the defendant's motion, the government needs additional time to review the record and conduct legal research before filing its response brief.  The parties have agreed on the following amended briefing schedule:

>Government response due: October 5, 2009

>Defense reply due: October 19, 2009

>Non-evidentiary hearing on motion: November 9, 2009 at 10:00 a.m.

In addition to this legal issue, the defense continues to conduct their investigation and review of the case.  Based on these factors, the parties stipulate that the Court's finding of complexity and counsel's need for time to prepare pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) is and continues to be appropriate.

3. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

4. Accordingly, it is hereby stipulated and the parties agree that time be excluded from September 17, 2009 through November 9, 2009 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that the ends of justice outweigh the best interest of the public in a speedy trial.

5. Additionally, the parties stipulate and agree that time should also be excluded under 18 U.S.C. §3161(h)(1)(D) [Local Code E] for delay related to the filing of pretrial motions, from the filing of the motion on August 10, 2009 through the conclusion of the hearing on November 9, 2009.

///

///

6. Relief Courtroom Deputy, Casey Schultz, has approved the requested court date.

7. Scott L. Tedmon has authorized the undersigned government's counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: August 26, 2009      LAWRENCE G. BROWN
                            United States Attorney

                             /s/ Heiko P. Coppola
                            HEIKO P. COPPOLA
                            Assistant United States Attorney


DATED: August 26, 2009      LAW OFFICES OF SCOTT L. TEDMON

                             /s/ Scott L. Tedmon
                            SCOTT L. TEDMON
                            Attorney for Defendant Troy Urie

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the following amended briefing schedule on the issue of collateral estoppel and IT IS ORDERED:

Government response due: October 5, 2009

Defense reply due: October 19, 2009

Non-evidentiary hearing on motion: November 9, 2009 at 10:00 a.m.

The Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. The Court also finds that time should be excluded under 18 U.S.C. § 3161(h)(1)(D)[Local Code E] for the delay related to the filing of pretrial motions, from the filing of the motion on August 10, 2009 through the conclusion of the hearing on November 9, 2009.

Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4] the period from September 21, 2009, to and including November 9, 2009, is excluded from the time computations required by the Speedy Trial Act. IT IS ALSO FURTHER ORDERED, that pursuant to 18 U.S.C. §3161(h)(1)(D)[Local Code E] the period from August 10, 2009, to and including November 9, 2009, is also excluded from the time computations required by the Speedy Trial Act

**IT IS SO ORDERED.**

DATED: August 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE