LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>TROY URIE,  )<br>)<br>Defendant.  )<br>_____ ) | No. CR. S-03-534 FCD<br><br>STIPULATION AND ORDER<br>ORDER TO CONTINUE BRIEFING<br>SCHEDULE; FINDING<br>OF EXCLUDABLE TIME |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The Court has previously excluded time under the Speedy Trial Act through June 1, 2010 under 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare, including the preparation and filing of a substantive defense motion.

2. The Court previously set a briefing schedule for defendant Urie's motion, with the hearing date set for June 1, 2010. Counsel for defendant Urie needs additional time to confer with his client and prepare the motion. The parties have agreed on the following proposed briefing schedule:

Defense motion due: May 3, 2010

Government response due: June 1, 2010

Defense reply due: June 14, 2010

Non-evidentiary hearing on motion: June 28, 2010 at 10:00 a.m.

- 1 -

1 In addition to this defense motion, the defense continues to conduct their investigation and
2 review of the case. Based on these factors, the parties stipulate that the Court's finding of
3 complexity and counsel's need for time to prepare pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)
4 is appropriate.

5 3. The parties stipulate and agree that the Court should reiterate its previous finding that
6 time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and
7 (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the
8 public in a speedy trial.

9 4. Accordingly, it is hereby stipulated and the parties agree that time be excluded through
10 June 28, 2010 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local
11 Code T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that
12 the ends of justice outweigh the best interest of the public in a speedy trial.

13 5. Michele Krueger has approved the requested court date.

14 6. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation
15 on his behalf.

**IT IS SO STIPULATED.**

DATED: April 13, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

                                      /s/ Heiko Coppola
                                     HEIKO COPPOLA
                                     Assistant United States Attorney


DATED: April 13, 2010                LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
                                     Attorney for Defendant Troy Urie

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the briefing schedule and IT IS ORDERED:

Defense motion due: May 3, 2010

Government response due: June 1, 2010

Defense reply due: June 14, 2010

Non-evidentiary hearing on motion: June 28, 2010 at 10:00 a.m.

The Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4] time is excluded through June 28, 2010 from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: April 13, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE