1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    1050 Fulton Avenue, Suite 218
3   Sacramento, California 95825
    Telephone: (916) 482-4545
4   Facsimile:  (916) 482-4550
    Email: tedmonlaw@comcast.net
5
    Attorney for Defendant
6   TROY URIE

7

8                  IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          )
11                                     )
                     Plaintiff,        )        No. CR. S-03-534 FCD
12                                     )
                                       )        STIPULATION AND ORDER
13          v.                         )        TO VACATE BRIEFING
                                       )        SCHEDULE & SET STATUS
14                                     )        CONFERENCE; FINDING
    TROY URIE,                         )        OF EXCLUDABLE TIME
15                                     )
                     Defendant.        )
16  _____)

17          The United States of America, through Assistant U.S. Attorney Heiko Coppola, and

18  defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

19          1. The Court has previously excluded time under the Speedy Trial Act through June 1, 2010

20  under 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's

21  need for time to prepare, including the preparation and filing of a substantive defense motion.

22          2. The Court previously set a briefing schedule for defendant Urie's motion, with the hearing

23  date set for June 28, 2010.  Counsel for defendant Urie has recently consulted with his client

24  regarding the preparation of a substantive defense motion.  As a result of this recent discussion

25  between defendant Urie and his counsel, defendant Urie is requesting that the previously set motion

26  schedule be vacated.  This request to vacate the briefing schedule is necessary to allow defendant

27  Urie and his counsel needed time to the further evaluate and confer regarding the prospective

28  substantive motion. Defendant Urie requests that the previously set motion hearing date of June 28,

                                      - 1 -

1   2010 at 10:00 a.m. remain on the calendar for a status conference.

2         As for the current status of the matter, the defense continues to conduct their investigation,

3   review and preparation of the case.  Based on all of the above-enumerated factors, the parties

4   stipulate that the Court's previous finding of complexity and counsel's need for time to prepare

5   pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) is appropriate.

6         3.  The parties stipulate and agree that the Court should reiterate its previous finding that

7   time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and

8   (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the

9   public in a speedy trial.

10         4.  Accordingly, it is hereby stipulated and the parties agree that time be excluded through

11   the proposed status conference date of June 28, 2010 under the Speedy Trial Act pursuant to 18

12   U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], in that this case is complex, counsel

13   for the parties need time to prepare, and that the ends of justice outweigh the best interest of the

14   public in a speedy trial.

15         5.  Michele Krueger has approved the requested court date.

16         6.  Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation

17   on his behalf.

18   **IT IS SO STIPULATED.**

19   DATED: May 10, 2010             BENJAMIN B. WAGNER
                                 United States Attorney

20

                               /s/ Heiko Coppola
21                                  HEIKO COPPOLA
                               Assistant United States Attorney

22

23

24   DATED: May 10, 2010             LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
25                                  SCOTT L. TEDMON
                               Attorney for Defendant Troy Urie

26

27

28

1

## **ORDER**

2           GOOD CAUSE APPEARING and based upon the above stipulation, IT IS ORDERED:

3           The previously set briefing schedule for defense motion is hereby VACATED.

4           The court appearance previously set for June 28, 2010 at 10:00 a.m. will remain on the

5    calendar for a status conference.

6           The Court reiterates its previous finding that time be excluded under the Speedy Trial Act

7    pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is

8    complex, that counsel needs additional time to prepare, and that the ends of justice therefore

9    outweigh the best interest of the public in a speedy trial.

10          Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and

11   (iv), [Local Code T2 and T4] time is excluded through June 28, 2010 from the time computations

12   required by the Speedy Trial Act.

13          **IT IS SO ORDERED.**

14

15   DATED: May 11, 2010

16                                                    FRANK C. DAMRELL, JR.
                                                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28