BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:03-CR-534 FCD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| TROY URIE | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from September 20, 2010 to January 4, 2011 at 10:00 a.m. They stipulate that the time between September 20, 2010 and January 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, counsel for the defendant needs additional time to research and prepare further pretrial motions in this matter. The

defense continues to conduct its investigation, review and preparation of the case.

The parties have agreed to the following briefing schedule: defendant's motion will be filed on October 25, 2010. The government's response is due on November 22, 2010. The defendant's reply is due on December 6, 2010. A non-evidentiary hearing on the motions will be held on January 4, 2011.

This Court has previously excluded time under 18 U.S.C. §§3161(h)(7)(B)(ii) (complex case)(Local Code T-2). The case is complex by virtue of the nature of the prosecution. Accordingly, because of this and the Court's previous exclusion, the parties stipulate and agree that time should also be excluded on the basis of complexity between September 20, 2010 and January 4, 2011. (Local Code T-2).

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 16, 2010      By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: September 16, 2010            /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Defendant

**IT IS SO ORDERED.**

DATE: September 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE