LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
TROY URIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-03-534 FCD |
| v. | STIPULATION AND ORDER FOR BRIEFING SCHEDULE; FINDING OF EXCLUDABLE TIME |
| TROY URIE, | |
| Defendant. | |

The United States of America, through Assistant U.S. Attorney Heiko Coppola, and defendant Troy Urie, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The current status conference and hearing on motions in this case is set for January 4, 2011 at 10:00 a.m.

2. In this case, the Court has previously excluded time under the Speedy Trial Act through January 4, 2011 under 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], complex case and counsel's need for time to prepare.

3. The parties agree that additional time is necessary to fully develop, research and brief pretrial motions and the setting of a briefing schedule is necessary. The parties have agreed on the following proposed briefing schedule:

- 1 -

1     Defense motion due: December 20, 2010

2     Government response due: January 17, 2011

3     Defense reply due: January 31, 2011

4     Non-evidentiary hearing on motion: February 22, 2011 at 10:00 a.m.

In addition to motion preparation, the defense continues to conduct their investigation and review of the case. Based on these factors, the parties stipulate that the Court's finding of complexity and counsel's need for time to prepare pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) is appropriate.

4. The parties stipulate and agree that the Court should reiterate its previous finding that time should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

5. Accordingly, it is hereby stipulated and the parties agree that time be excluded between January 4, 2011 through February 22, 2011 under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that this case is complex, counsel for the parties need time to prepare, and that the ends of justice outweigh the best interest of the public in a speedy trial.

6. Michele Krueger has approved the requested court date.

7. Scott L. Tedmon has been authorized by the government's counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: October 27, 2010    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Heiko Coppola
    HEIKO COPPOLA
    Assistant United States Attorney

DATED: October 27, 2010    LAW OFFICES OF SCOTT L. TEDMON

    /s/ Scott L. Tedmon
    SCOTT L. TEDMON
    Attorney for Defendant Troy Urie

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court adopts the briefing schedule on the issue of collateral estoppel and IT IS ORDERED:

Defense motion due: December 20, 2010

Government response due: January 17, 2011

Defense reply due: January 31, 2011

Non-evidentiary hearing on motion: February 22, 2011 at 10:00 a.m.

The Court reiterates its previous finding that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4], in that the case is complex, that counsel needs additional time to prepare, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.

Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), [Local Code T2 and T4] the period from January 4, 2011, to and including February 22, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: October 28, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE