```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TROY URIE,<br><br>             Defendant. | CASE NO. 2:03-CR-0534 KJM<br><br>GOVERNMENT'S **AMENDED** MOTION TO DISMISS INDICTMENT |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing the Original Indictment, the Superseding Indictment and the Second Superseding Indictment in this case against defendant Troy Urie only.  This matter was filed in 2003, the defendant was convicted at jury trial and that conviction was subsequently reversed and remanded by the U.S. Court of Appeals for the Ninth Circuit.  In the intervening time period, the defendant has been tried, convicted and sentenced for substantially similar conduct in U.S. District Court for the Northern District of California.

//

The defendant's Northern District of California conviction was affirmed by the Ninth Circuit.

DATED: April 28, 2011

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By: /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 2:03-CR-0534 KJM |
| Plaintiff,   ) | |
| v.                              ) | ORDER |
| TROY URIE,                      ) | |
| Defendant.   ) | |

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Original Indictment, Superseding Indictment and Second Superseding Indictment against defendant Troy Urie only in the above-captioned action are hereby dismissed.

DATED:  April 29, 2011.

_____
UNITED STATES DISTRICT JUDGE